IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )
TROY BRIDGES MERTZ,                       )  BANKRUPTCY NO. 13-43042
                                          )
                    DEBTOR        )

NOTICE OF MOTION

TO:  Troy Bridges Mertz               Office of the U.S. Trustee
     1 White Chapel Court             219 S. Dearborn, Rm. 873
     Algonquin, IL  60102             Chicago, IL  60604

     Somers Law Group, P.C.
     1515 Woodfield Rd., Ste. 800
     Schaumburg, IL  60173

     On the 9th day of January, 2014 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Doyle, or any Judge sitting in her stead in Courtroom 240 of the Kane County Courthouse, 100 S. 3rd Street, Geneva, Illinois, and then and there move the Honorable Court for hearing instanter on the Motion to Dismiss, a copy of which is attached.

                              BY: /S/JOSEPH R. VOILAND_____

CERTIFICATE OF ATTORNEY

        I certify that on December 27, 2013, I served this notice by depositing a copy of the same in a U.S. Government mail chute at the Yorkville Post Office, Yorkville, Illinois first class mail, postage fully prepaid and/or by electronic filing with the Clerk of the Bankruptcy Court, Northern District, Illinois.

                              /S/JOSEPH R. VOILAND_____

Joseph R. Voiland
1625 Wing Road
Yorkville, IL  60560
(630) 553-1951

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                )
                                      )
TROY BRIDGES MERTZ,                   )   BANKRUPTCY NO. 13-43042
                                      )
                    DEBTOR            )

## MOTION TO DISMISS

Now comes the Trustee in bankruptcy of this matter and represents unto this

Honorable Court a follows:

1.   That the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy

Code on November 3, 2013.

2.   That Joseph R. Voiland is the duly appointed and acting Trustee in this

proceeding.

3.   That Debtor failed to appear at the Meeting of Creditors and continuation

thereof.

4.   That the Debtor has failed to provide documents, pay stubs and tax returns

requested by the Trustee and required to be produced under the provisions of §521 of the

Bankruptcy Code.

5.   That by reason of the foregoing, Debtor has failed to act in compliance with

the Bankruptcy Code and, therefore, should not be entitled to relief under the provisions

thereof.

WHEREFORE, the Trustee prays for the following relief:

A.  That this cause be dismissed without prejudice;

B.  For such other relief as this Court deems necessary.

DATED:  December 27, 2013                    BY:   /S/JOSEPH R. VOILAND
                                                    JOSEPH R. VOILAND

Joseph R. Voiland
1625 Wing Road
Yorkville, IL 60560
(630) 553-1951

CERTIFICATE OF SERVICE

STATE  OF ILLINOIS         )
                           )
COUNTY OF KENDALL     )

THE  UNDERSIGNED, being first duly sworn on oath deposes and says that he

served the above and foregoing Notice of Motion and Motion to Dismiss by depositing

the same in the U.S. Mail at the Yorkville Post Office, Yorkville, Illinois 60560, a true

and correct copy thereof in a sealed envelope first class postage pre-paid, addressed to:

Troy Bridges Mertz
1 White Chapel Court
Algonquin, IL  60102

on the 27th  day of December, 2013

and by electronic service on:

| Office of the U.S. Trustee | Somers Law Group, P.C. |
|---|---|
| 219 S. Dearborn, Room 873 | 1515 Woodfield Road, Ste. 800 |
| Chicago, IL  60604 | Schaumburg, IL  60173 |

/S/JOSEPH R. VOILAND_____

Signed and sworn to before me this

__27th_ day of  December___ , 2013

/S/BETH NEITZER_____
Notary Public