Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  13–43042
Chapter:  7
Judge:  Carol A. Doyle

In Re:
   Troy Bridges Mertz
   1 White Chapel Court
   Algonquin, IL 60102

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9820

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 9, 2014

FOR THE COURT

Dated: January 10, 2014                    Kenneth S. Gardner , Clerk
                                           United States Bankruptcy Court