Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  13−43042
Chapter:  7
Judge:  Carol A. Doyle

In Re:
  Troy Bridges Mertz
  1 White Chapel Court
  Algonquin, IL 60102

Social Security / Individual Taxpayer ID No.:
  xxx−xx−9820

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 9, 2014

FOR THE COURT

Dated: January 10, 2014                     Kenneth S. Gardner , Clerk
                                            United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 13-43042-CAD
Troy Bridges Mertz                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 1          Date Rcvd: Jan 10, 2014
                             Form ID: ntcdsm           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2014.
db          +Troy Bridges Mertz,    1 White Chapel Court,    Algonquin, IL 60102-6006
21185409    +Ari R. Madoff,    Law Office of Ari R. Madoff P.C.,    201 West Lake Street, #227,
              Chicago, IL 60606-1803
21185410    +Arnstein & Lehr, LLP,    120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
21185413    +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
              West Palm Beach, FL 33416-4738
21185415    +Harris & Harris Ltd,    111 W Jackson Blvd S-400,    Chicago, IL 60604-4135
21185417    +Jennifer J. Gibson,    50 Virgina Street,    Crystal Lake, IL 60014-4126
21283207    +Julie Mertz,    1 White Chapel Court,    Algonquin, IL 60102-6006
21185418    +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
21283204    +Parkway Bank,    4800 N Harlem Ave,    Harwood Heights, IL 60706-3577
21238763    +Parkway Bank and Trust Company,    c/o Scott & Kraus, LLC,    150 South Wacker Drive, Suite 2900,
              Chicago, IL 60606-4206
21185419    +Pedersen & Houpt,    161 N. Clark Street,    Suite 3100,    Chicago, IL 60601-3311
21185420    +Penny A. Land,    Kluever & Platt, LLC,    65 E Wacker Place, Suite 2300,    Chicago, IL 60601-7244
21283205    +Peter Scheffler,    C/O Richard T Reibman,    55 E Monroe Street 37th Floor,
              Chicago, IL 60603-6029
21283206    +RE Solutions Fund,    C/O Jon Koe,    534 W Campus Dr,    Arlington Heights, IL 60004-1408
21185421    +Scott & Kraus, LLC,    150 Wacker Drive, Suite 2900,    Chicago, IL 60606-4206
21185423    +Stanisccontr,    914 14th St,    Modesto, CA 95354-1011
21185424    +The Sullivan Law Firm,    2550 W. Golf Road, Suite 101,    Rolling Meadows, IL 60008-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21185408    +EDI: GMACFS.COM Jan 11 2014 00:49:00      Ally Financial,    200 Renaissance Ctr,
              Detroit, MI 48243-1300
21185411    +E-mail/Text: bankruptcy@cavps.com Jan 11 2014 00:42:28      Calvary Portfolio Services,
              Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
21185412    +EDI: CAPITALONE.COM Jan 11 2014 00:48:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
21185414    +E-mail/Text: clerical.department@yahoo.com Jan 11 2014 00:41:24      Credtrs Coll,    Po Box 63,
              Kankakee, IL 60901-0063
21185416    +EDI: HFC.COM Jan 11 2014 00:48:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
21185422    +E-mail/Text: bankruptcy@sw-credit.com Jan 11 2014 00:42:04      Southwest Credit Syste,
              4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                          TOTAL: 6


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2014 at the address(es) listed below:
        Jason R. Sleezer    on behalf of Creditor   Parkway Bank and Trust Company jsleezer@skcounsel.com,
          rybarra@skcounsel.com
        Joseph Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
        Patrick G. Somers    on behalf of Debtor Troy Bridges Mertz psomers@somerslaw.net,
          cate@fairplayparalegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 4